AMERICAN SURETY COMPANY OF NEW YORK, Appellant, *v.* WELLS WATER DISTRICT, TOWN OF WELLS, et al., Respondents.

CHARLES B. HANLEY et al., Plaintiffs, *v.* JOHN P. DUGAN & Co., INC., et al., Respondents, and AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

Submitted March 6, 1939; decided April 5, 1939.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.    (See 280 N. Y. 528.)